# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-23402 |
| John P. West | : | |
| | : | |
| Debtor | : | |
| | : | Chapter 13 |
| John P. West | : | |
| | : | |
| Movant | : | |
| | : | Related to Document No. |
| v. | : | |
| | : | |
| | : | |
| Respondent (if none, then "No Respondent") | : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, <u>Lauren M. Lamb</u> counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

Biernacki & Associates, P.C.
2600 Boyce Plaza Rd #100
Pittsburgh PA 15241-0000

By:<u>/s/ Lauren M. Lamb</u>
Signature

<u>Lauren M. Lamb</u>
Typed Name

<u>707 Grant Street, Suite 2830, Pittsburgh, PA 15219</u>
Address

<u>412-391-8000</u>
Phone No.

<u>PA I.D. 209201</u>
List Bar I.D. and State of Admission