IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| John P. West | ) | |
|     *Debtor* | ) | Case No. 18-23402 JAD |
| | ) | Chapter 13 |
| John P. West | ) | Document No. WO-1 |
| Social Security No. XXX-XX-9898 | ) | |
|     *Movant* | ) | Related to Docket No. 27 |
| | ) | |
|     *vs.* | ) | |
| | ) | |
| Lumos Networks and Ronda J. Winnecour, Trustee | ) ) | |
|     *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 3, 2018, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

John West
131 Samuel Street
Beaver Falls, Pa 15010

Lumos Networks
Attn: Payroll Dept.
One Lumos Plaza
PO Box 1068
Waynesboro, PA 22980

Date of Service: October 3, 2018

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Llamb@steidl-steinberg.com
PA I.D. No. 209201