IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| John P. West, | ) | Case No. 18-23402-JAD |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | Docket No. |
| | ) | |
| | ) | |
| John P. West, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PennyMac Loan Services, LLC, | ) | |
| | ) | |
| Respondent | ) | |

## NOTICE OF HEARING WITH RESPONSE DEADLINE ON OBJECTION TO RESPONDENTS PROOF OF CLAIM 6

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for the Movant a response to the motion no later than **March 4, 2019**, i.e., thirty (30) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **April 3, 2019 at 10:00 a.m.** before Judge Jeffery A. Deller in Court Room D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 15 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

January 31, 2019           /s/ Lauren M. Lamb
DATE                       Lauren M. Lamb, Esquire
                           Attorney for the Debtor
                           STEIDL & STEINBERG
                           707 Grant Street
                           Gulf Tower, Suite 2830
                           Pittsburgh, PA  15219
                           (412) 391-8000
                           llamb@steidl-steinberg.com
                           PA I.D. No. 209201