IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| John P. West, | ) | Case No. 18-23402-JAD |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | Docket No. |
| | ) | |
| | ) | |
| John P. West, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PennyMac Loan Services, LLC, | ) | |
| | ) | |
| Respondent | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 31, 2019, a true and correct copy of the Objection to Respondents Claim, Proposed Order, and Notice of Hearing with Responsive Deadline was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

PennyMac Loan Services, LLC
P.O. Box 2410
Moorpark, CA 93020

Thomas Song
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard
Suite 1400
Philadelphia, PA 19103

                                                Respectfully submitted,

January 31, 2019                                /s/ Lauren M. Lamb
DATE                                                  Lauren M. Lamb, Esquire
                                                        Attorney for the Debtor
                                                        STEIDL & STEINBERG
                                                        707 Grant Street
                                                        Gulf Tower, Suite 2830
                                                        Pittsburgh, PA  15219
                                                        (412) 391-8000
                                                        llamb@steidl-steinberg.com
                                                        PA I.D. No. 209201