Form 149

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**John P. West**
Debtor(s)

Bankruptcy Case No.: 18–23402–JAD
Issued Per Feb. 28, 2019 Proceeding
Chapter: 13
Docket No.: 42 – 5, 32
Concil. Conf.: at

## ORDER OF COURT CONFIRMING PLAN AS MODIFIED
## AND SETTING DEADLINES FOR CERTAIN ACTIONS

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated August 28, 2018 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☑ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: American Honda Finance Corp. at Claim No. 3 as a pay in full claim; Pennymac Loan Services at Claim No. 9 .

☑ H. Additional Terms: The secured claim of The Huntington National Bank at Claim No. 2 shall govern as to claim amount, to be paid at the modified plan terms.

*(2.)*  *IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.**  **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**  **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**  **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**  **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**  **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: March 7, 2019

Jeffery A. Deller
United States Bankruptcy Judge

cc:  All Parties in Interest to be served by Clerk in seven (7) days

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                        Case No. 18-23402-JAD
John P. West                                                  Chapter 13
        Debtor                  CERTIFICATE OF NOTICE

District/off: 0315-2         User: jhel           Page 1 of 2           Date Rcvd: Mar 07, 2019
                             Form ID: 149         Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2019.
db              +John P. West,    131 Samuel Street,    Beaver Falls, PA 15010-1348
14969385         American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                  Malvern PA 19355-0701
14920614        +Biernacki & Associates, P.C.,    2600 Boyce Plaza Rd #100,    Pittsburgh PA 15241-3949
14905321         Chase,   PO Box 15123,    Wilmington, DE 19850-5123
14931823        +Chase Bank USA, N.A.,    PO Box 15368,    Wilmington, DE 19850-5368
14905322        +EnerBank USA,   1245 East Brickyard Rd.,    Suite 600,    Salt Lake City, UT 84106-2562
14905323        +Four Seasons Edoscopy,    100 Knowlson Avenue,    Beaver Falls, PA 15010-1634
14940109        +Greensky, LLC,    PO Box 71215,    Charlotte, NC 28272-1215
14905324         Heritage Valley,    2 Peartree Way,    Beaver, PA 15009-1954
14905325        +Heritage Valley Beaver,    PO Box 382094,    Pittsburgh, PA 15251-8094
14905329        +Nissan Motor Acceptance,    PO Box 660360,    Dallas, TX 75266-0360
14908902         Nissan Motor Acceptance,    POB 660366,    Dallas, TX  75266-0366
14905330         PennyMac,    P.O. Box 514387,    Los Angeles, CA 90051-4387
14905331        +PennyMac Loan Services,    6101 Condor Drive,    Moorpark, CA 93021-2602
14931822        +PennyMac Loan Services, LLC,    P.O. Box 2410,    Moorpark, CA 93020-2410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/Text: kburkley@bernsteinlaw.com Mar 08 2019 02:30:33     Duquesne Light Company,
                  c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                  Pittsburgh, PA 15219-1945
14905326         E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 08 2019 02:30:05      Honda Financial,
                  P.O. Box 7829,    Philadelphia, PA 19101-7829
14910886         E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 08 2019 02:30:05
                  American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                  Irving, TX 75016-8088
14905320         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 08 2019 02:42:21      Capital One,
                  PO Box 71083,    Charlotte, NC 28272-1083
14934185         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 08 2019 02:42:52
                  Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14905327         E-mail/Text: bankruptcy@huntington.com Mar 08 2019 02:29:48      Huntington Bank,
                  PO Box 182519,    Columbus, OH 43218-2519
14944089         E-mail/PDF: resurgentbknotifications@resurgent.com Mar 08 2019 02:42:00
                  LVNV Funding, LLC its successors and assigns as,    assignee of SALLIE MAE BANK,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14905328        +E-mail/Text: bk@lendingclub.com Mar 08 2019 02:30:19     Lending Club,    71 Stevenson St.,
                  Suite 300,    San Francisco, CA 94105-2985
14942969         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 08 2019 02:42:25
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14906327        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 08 2019 02:41:58
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14905332        +E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2019 02:42:16      SYNCB,    PO BOx 965005,
                  Orlando, FL 32896-5005
14910239        +E-mail/Text: bankruptcy@huntington.com Mar 08 2019 02:29:48     The Huntington National Bank,
                  P O Box 89424,    Cleveland OH 44101-6424
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Pennymac Loan Services, LLC
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14938407*       +PENNYMAC LOAN SERVICES, LLC,    P.O. BOX 2410,    MOORPARK CA 93020-2410
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2019                             Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: jhel              Page 2 of 2              Date Rcvd: Mar 07, 2019
                              Form ID: 149            Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2019 at the address(es) listed below:

```
          James    Warmbrodt    on behalf of Creditor    Pennymac Loan Services, LLC bkgroup@kmllawgroup.com
          Jodi L. Hause    on behalf of Creditor    Pennymac Loan Services, LLC jodi.hause@phelanhallinan.com,
           pawb@fedphe.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           DMcKay@bernsteinlaw.com
          Lauren M. Lamb    on behalf of Debtor John P. West
           julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;dambrose@steidl-steinberg.com;cgoga@s
           teidl-steinberg.com;lamblr53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
           dl-steinberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Thomas   Song    on behalf of Creditor    Pennymac Loan Services, LLC pawb@fedphe.com
                                                                                             TOTAL: 7
```