IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **John P. West** | : | BK. No. 18-23402-JAD |
| **Debtor.** | : | |
| _____ | : | **Chapter No. 13** |
| | : | |
| **John P. West** | : | Related to Doc. Nos. 34 & 35 and 37 |
| | : | |
| **Movant,** | : | |
| v. | : | |
| | : | |
| **PennyMac Loan Services, LLC,** | : | |
| **Respondent.** | : | |
| | : | |

# ORDER

AND NOW, this ____7th____ day of ____March____, 2019, upon consideration of the Motion for Extension of Time to File Response to Debtor's Objection to Proof of Claim by PennyMac Loan Services, LLC (Claim 6-1) ("Motion"), filed by Respondent, PennyMac Loan Services, LLC ("Respondent"), and response to same, and the record as a whole, IT IS HEREBY ORDERED: The Motion is GRANTED;

Respondent shall have an additional thirty (30) days to respond to the Debtor's Objection to Proof of Claim or until April 3, 2019.

IT IS FURTHER ORDERED that the hearing on the Debtor's Objection to Proof of Claim is rescheduled to ____May 1____, 2019 at __10:00__ AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

_____ sjk
JEFFERY A. DELLER
U.S. BANKRUPTCY JUDGE

FILED
3/7/19 9:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
John P. West  
     Debtor

Case No. 18-23402-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: bsil    Page 1 of 1    Date Rcvd: Mar 07, 2019  
                          Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2019.  
db         +John P. West,   131 Samuel Street,   Beaver Falls, PA 15010-1348

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2019                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2019 at the address(es) listed below:
        James   Warmbrodt    on behalf of Creditor    Pennymac Loan Services, LLC bkgroup@kmllawgroup.com
        Jodi L. Hause    on behalf of Creditor    Pennymac Loan Services, LLC jodi.hause@phelanhallinan.com,
         pawb@fedphe.com
        Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
         DMcKay@bernsteinlaw.com
        Lauren M. Lamb    on behalf of Debtor John P. West
         julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;dambrose@steidl-steinberg.com;cgoga@steidl-steinberg.com;lamblr53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Thomas   Song    on behalf of Creditor    Pennymac Loan Services, LLC pawb@fedphe.com
                                                                                                     TOTAL: 7