IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| John P. West, ) | Case No. 18-23402-JAD |
| ) | Chapter 13 |
| Debtor ) | |
| ) | Related to Docket No. 34-35 and 38, 39 |
| ) | |
| ) | Hearing Date and Time |
| John P. West, ) | April 3, 2019 at 10:00am |
| ) | |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| PennyMac Loan Services, LLC, ) | |
| ) | |
| Respondent ) | |

## ORDER OF COURT

AND NOW, to wit, this __7th__ day of __March__, 2019, it is hereby ORDERED, ADJUDGED, AND DECREED that the Certificate of No Objection Regarding Objection to Respondents Claim 6 is hereby dismissed without prejudice.

_____-sjk
Jeffery A. Deller
U.S. Bankruptcy Judge

FILED
3/7/19 9:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 18-23402-JAD
John P. West                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 1              Date Rcvd: Mar 07, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2019.
db             +John P. West,    131 Samuel Street,    Beaver Falls, PA 15010-1348

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Pennymac Loan Services, LLC bkgroup@kmllawgroup.com
              Jodi L. Hause     on behalf of Creditor    Pennymac Loan Services, LLC jodi.hause@phelanhallinan.com,
               pawb@fedphe.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Lauren M. Lamb    on behalf of Debtor John P. West
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;dambrose@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;lamblr53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              Thomas   Song    on behalf of Creditor    Pennymac Loan Services, LLC pawb@fedphe.com
                                                                                             TOTAL: 7