IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| John P. West ) | |
|     *Debtor* ) | Case No. 18-23402 JAD |
| ) | Chapter 13 |
| John P. West ) | Document No. WO-1 |
| Social Security No. XXX-XX-9898 ) | |
|     *Movant* ) | Related to Docket No. 64 |
| ) | |
|     *vs.* ) | |
| ) | |
| Lumos Networks and Ronda J. Winnecour, ) | |
| Trustee ) | |
|     *Respondents* ) | |

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on August 14, 2019, a true and correct copy of the *Order of Court dated August 13, 2019* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee  
Suite 3250 – US Steel Tower  
600 Grant Street  
Pittsburgh, PA 15219

John West  
131 Samuel Street  
Beaver Falls, Pa 15010

Lumos Networks  
Attn: Payroll Dept.  
One Lumos Plaza  
PO Box 1068  
Waynesboro, PA 22980

Date of Service: August 14, 2019

/s/ Lauren M. Lamb  
Lauren M. Lamb, Esquire  
Attorney for the Debtor

STEIDL & STEINBERG  
Suite 2830, Gulf Tower  
707 Grant Street  
Pittsburgh, PA 15219  
(412) 391-8000  
Llamb@steidl-steinberg.com  
PA I.D. No. 209201