IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| John P. West ) | |
|     *Debtor* ) | Case No. 18-23402 JAD |
| ) | Chapter 13 |
| John P. West ) | Document No. WO-1 |
| Social Security No. XXX-XX-9898 ) | |
|     *Movant* ) | |
| ) | |
|     *vs.* ) | Related to Doc. #62 |
| ) | |
| Lumos Networks and Ronda J. Winnecour, ) | |
| Trustee ) | |
|     *Respondents* ) | |

### ORDER OF COURT

AND NOW, to wit, this ___13th___ day of ___August___, 2019, it is hereby ORDERED, ADJUDGED, and DECREED, that the wage attachment affecting the wages of John P. West be terminated immediately.

Employer:

    **Lumos Networks**
    **Attn: Payroll Dept.**
    **One Lumos Plaza**
    **PO Box 1068**
    **Waynesboro, PA 22980**

_____sjk
Honorable Jeffery A. Deller
U.S. Bankruptcy Judge

FILED
8/13/19 10:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-23402-JAD
John P. West                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: dkam                Page 1 of 1              Date Rcvd: Aug 13, 2019
                               Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2019.
db             +John P. West,    131 Samuel Street,    Beaver Falls, PA 15010-1348

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2019 at the address(es) listed below:
              James    Warmbrodt     on behalf of Creditor    Pennymac Loan Services, LLC bkgroup@kmllawgroup.com
              Jodi L. Hause     on behalf of Creditor    Pennymac Loan Services, LLC jodi.hause@phelanhallinan.com,
               pawb@fedphe.com
              Keri P. Ebeck     on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Lauren M. Lamb     on behalf of Debtor John P. West
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas    Song     on behalf of Creditor    Pennymac Loan Services, LLC pawb@fedphe.com
                                                                                             TOTAL: 7