**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/02/2022

IN RE:

JOHN P. WEST
131 SAMUEL STREET
BEAVER FALLS, PA  15010
XXX-XX-9898          Debtor(s)

Case No.18-23402 JAD

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/2/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

---

**SYNCHRONY BANK**
C/O PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK, VA  23541
- Trustee Claim Number: 1    INT %: 0.00%
- Court Claim Number:
- CLAIM: 0.00
- COMMENT: MEGA GROUP/PRAE
- CRED DESC: NOTICE ONLY
- ACCOUNT NO.: 4036

---

**KERI P EBECK ESQ**
BERNSTEIN BURKLEY
601 GRANT ST 9TH FL
PITTSBURGH, PA  15219
- Trustee Claim Number: 2    INT %: 0.00%
- Court Claim Number:
- CLAIM: 0.00
- COMMENT: DUQ LITE/PRAE
- CRED DESC: NOTICE ONLY
- ACCOUNT NO.:

---

**BRIAN C NICHOLAS ESQ**
KML LAW GROUP PC
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106
- Trustee Claim Number: 3    INT %: 0.00%
- Court Claim Number:
- CLAIM: 0.00
- COMMENT: PENNYMAC/PRAE
- CRED DESC: NOTICE ONLY
- ACCOUNT NO.:

---

**AMERICAN HONDA FINANCE CORP***
NATIONAL BANKRUPTCY CENTER
POB 168088
IRVING, TX  75016-8088
- Trustee Claim Number: 4    INT %: 1.90%
- Court Claim Number: 3
- CLAIM: 23,901.98
- COMMENT: CL3GOVS*PMT/PL*450 X (60+2)=LMT*$0ARRS/PL*DK!
- CRED DESC: VEHICLE
- ACCOUNT NO.: 8244

---

**HUNTINGTON NATIONAL BANK(*)**
5555 CLEVELAND AVE - GW1N10
COLUMBUS, OH  43231
- Trustee Claim Number: 5    INT %: 5.00%
- Court Claim Number: 2
- CLAIM: 9,597.87
- COMMENT: $CL2GOVS@TERMS/PL*10868@5%/PL
- CRED DESC: VEHICLE
- ACCOUNT NO.: 4523

---

**NISSAN MOTOR ACCEPTANCE CORP**
POB 660360
DALLAS, TX  75266-6360
- Trustee Claim Number: 6    INT %: 0.00%
- Court Claim Number: 1-2
- CLAIM: 0.00
- COMMENT: SURR/PL*AMD CL=0*W/25
- CRED DESC: VEHICLE
- ACCOUNT NO.: 3381

---

**PENNYMAC LOAN SERVICES LLC**
PO BOX 660929
DALLAS, TX  75266-0929
- Trustee Claim Number: 7    INT %: 0.00%
- Court Claim Number: 9
- CLAIM: 0.00
- COMMENT: PMT/DECL*CL9GOV*DKT4LMT*BGN 9/18*DK
- CRED DESC: MORTGAGE REGULAR PAYMEN
- ACCOUNT NO.: 1064

---

**CAPITAL ONE BANK (USA) NA BY AMERICAN INF**
PO BOX 71083
CHARLOTTE, NC  28272-1083
- Trustee Claim Number: 8    INT %: 0.00%
- Court Claim Number: 8
- CLAIM: 9,198.43
- COMMENT: NO ACCT/SCH
- CRED DESC: UNSECURED CREDITOR
- ACCOUNT NO.: 2702

---

**JPMORGAN CHASE BANK NA S/B/M/T CHASE B**
C/O JPMORGAN CHASE BANK NA
PO BOX 15368
WILMINGTON, DE  19850
- Trustee Claim Number: 9    INT %: 0.00%
- Court Claim Number: 5-3
- CLAIM: 34,523.60
- COMMENT: NO ACCT/SCH*AMD
- CRED DESC: UNSECURED CREDITOR
- ACCOUNT NO.: 1385

---

**JEFFERSON CAPITAL SYSTEMS LLC***
PO BOX 772813
CHICAGO, IL  60677-2813
- Trustee Claim Number: 10    INT %: 0.00%
- Court Claim Number: 4-2
- CLAIM: 6,685.01
- COMMENT: NO ACCT/SCH*AMD*FR ENERBANK-DOC 71
- CRED DESC: UNSECURED CREDITOR
- ACCOUNT NO.: 0511

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **FOUR SEASONS ENDOSCOPY CTR++**<br>C/O BERKS CREDIT & COLLECTIONS INC*<br>POB 329<br>TEMPLE, PA 19560 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **HERITAGE VALLEY**<br>200 OHIO RIVER BLVD<br>BADEN, PA 15005 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **HERITAGE VALLEY BEAVER**<br>1000 DUTCH RIDGE<br>BEAVER, PA 15009 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **LENDING CLUB CORP***<br>3440 FLAIR DR<br>LOCKBOX SERVICES #0134268<br>EL MONTE, CA 91731 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PENNYMAC LOAN SERVICES LLC**<br>PO BOX 660929<br>DALLAS, TX 75266-0929 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 6-2<br>CLAIM: 0.00<br>COMMENT: STRICKEN/OE*SURR/OE*53247.85/CL*UNS/SCH-PL | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 3897 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **BIERNACKI AND ASSOCIATES PC**<br>2600 BOYCE PLAZA RD 100<br>PITTSBURGH, PA 15241 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /AMD F*9-25-18 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PHELAN HALLINAN DIAMOND & JONES LLP**<br>C/O PMB SSS ACQUISITION<br>PO BOX 8990<br>TURNERSVILLE, NJ 08012-8990 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PENNYMAC LN SVCS/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PENNYMAC LOAN SERVICES LLC**<br>PO BOX 660929<br>DALLAS, TX 75266-0929 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 1,411.21<br>COMMENT: CL9GOV*$0/PL*THRU 8/18 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 1064 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 1,660.97<br>COMMENT: ACCT NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4270 |

| Creditor | Trustee/Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **GREENSKY LLC(*)**<br>PO BOX 2153 - DEPT# 3025<br>BIRMINGHAM, AL  35287 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:10 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2560 | CLAIM: 8,867.91<br>COMMENT: NT/SCH |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:11 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4036 | CLAIM: 5,418.64<br>COMMENT: ACCT NT/SCH*SYNCHRONY/MEGA GROUP |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:12 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7597 | CLAIM: 14,808.81<br>COMMENT: NT/SCH*WEBBANK/SALLIE MAE BANK |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:13 | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 1006 | CLAIM: 556.86<br>COMMENT: NT/SCH |
| **NISSAN MOTOR ACCEPTANCE CORP**<br>POB 660360<br>DALLAS, TX  75266-6360 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:1-2 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3381 | CLAIM: 0.00<br>COMMENT: STRICKEN/OE*9553.82/CL*DFNCY BAL*AMD*W/6 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: PENNYMAC/PRAE |