**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**John P. West**
Debtor(s)

Bankruptcy Case No.: 18−23402−JAD

Chapter: 13
Docket No.: 99 − 98

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 26th of September, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 11/27/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **12/6/23 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **11/27/23.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23402-JAD |
| John P. West | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Sep 28, 2023 | Form ID: 408 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++ Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John P. West, 131 Samuel Street, Beaver Falls, PA 15010-1348 |
| 14920614 | + | Biernacki & Associates, P.C., 2600 Boyce Plaza Rd #100, Pittsburgh PA 15241-3949 |
| 14931823 | + | Chase Bank USA, N.A., PO Box 15368, Wilmington, DE 19850-5368 |
| 14905323 | + | Four Seasons Edoscopy, 100 Knowlson Avenue, Beaver Falls, PA 15010-1634 |
| 14940109 | + | Greensky, LLC, PO Box 71215, Charlotte, NC 28272-1215 |
| 14905324 | | Heritage Valley, 2 Peartree Way, Beaver, PA 15009-1954 |
| 14905325 | + | Heritage Valley Beaver, PO Box 382094, Pittsburgh, PA 15251-8094 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Sep 29 2023 01:14:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14905326 | | Email/Text: ebnbankruptcy@ahm.honda.com | Sep 29 2023 01:14:00 | Honda Financial, P.O. Box 7829, Philadelphia, PA 19101-7829 |
| 14910886 | | Email/Text: ebnbankruptcy@ahm.honda.com | Sep 29 2023 01:14:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14969385 | | Email/PDF: bncnotices@becket-lee.com | Sep 29 2023 01:28:31 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14905320 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2023 01:27:16 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14934185 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2023 01:08:38 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14905322 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Sep 29 2023 01:12:00 | EnerBank USA, 1245 East Brickyard Rd., Suite 600, Salt Lake City, UT 84106-2562 |
| 14905327 | | Email/Text: bankruptcy@huntington.com | Sep 29 2023 01:13:00 | Huntington Bank, PO Box 182519, Columbus, OH 43218-2519 |
| 15226978 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 29 2023 01:14:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14905321 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 29 2023 01:09:07 | Chase, PO Box 15123, Wilmington, DE 19850-5123 |
| 15086172 | + | Email/Text: RASEBN@raslg.com | Sep 29 2023 01:11:00 | JPMorgan Chase Bank N.A.,, s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14944089 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2023 01:26:15 | LVNV Funding, LLC its successors and assigns as, assignee of SALLIE MAE BANK, Resurgent |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14905328 | + | Email/Text: Documentfiling@lciinc.com | Sep 29 2023 01:11:00 | Lending Club, 71 Stevenson St., Suite 300, San Francisco, CA 94105-2985 |
| 14905329 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 29 2023 01:11:00 | Nissan Motor Accepatance, PO Box 660360, Dallas, TX 75266-0360 |
| 14908902 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 29 2023 01:11:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14942969 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 29 2023 01:10:33 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14906327 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 29 2023 01:29:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14905330 | | Email/PDF: ebnotices@pnmac.com | Sep 29 2023 01:10:26 | PennyMac, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 14905331 | + | Email/PDF: ebnotices@pnmac.com | Sep 29 2023 02:42:48 | PennyMac Loan Services, 6101 Condor Drive, Moorpark, CA 93021-2602 |
| 14931822 | + | Email/PDF: ebnotices@pnmac.com | Sep 29 2023 01:09:12 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14905332 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 01:26:06 | SYNCB, PO BOx 965005, Orlando, FL 32896-5005 |
| 14910239 | + | Email/Text: bankruptcy@huntington.com | Sep 29 2023 01:13:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pennymac Loan Services, LLC |
| 15074088 | | JPMC Bank, N.A. s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14938407 | *+ | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2023 at the address(es) listed**

District/off: 0315-2 User: auto Page 3 of 3
Date Rcvd: Sep 28, 2023 Form ID: 408 Total Noticed: 29

below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Pennymac Loan Services LLC bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Lauren M. Lamb | on behalf of Debtor John P. West julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Pennymac Loan Services LLC pawb@fedphe.com |

TOTAL: 6