**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JOHN P. WEST<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>    vs.<br>No Respondents. | Case No.:18-23402 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.


September 26, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/28/2018 and confirmed on 10/4/18 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 148,975.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 148,975.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,400.00 | |
|    Trustee Fee | 7,044.11 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,444.11 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 82,948.24 | 0.00 | 82,948.24 |
|     Acct: 1064 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 1,411.21 | 1,411.21 | 0.00 | 1,411.21 |
|     Acct: 1064 | | | | |
|   AMERICAN HONDA FINANCE CORP* | 23,901.98 | 23,901.98 | 1,197.36 | 25,099.34 |
|     Acct: 8244 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 9,597.87 | 9,597.87 | 982.02 | 10,579.89 |
|     Acct: 4523 | | | | |
|   NISSAN MOTOR ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3381 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3897 | | | | |
| | | | | 120,038.68 |
| **Priority** | | | | |
|   LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN P. WEST | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC, | 9,198.43 | 2,095.76 | 0.00 | 2,095.76 |
|     Acct: 2702 | | | | |
|   JPMORGAN CHASE BANK NA S/B/M/T CHA | 34,523.60 | 7,865.84 | 0.00 | 7,865.84 |
|     Acct: 1385 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 6,685.01 | 1,523.11 | 0.00 | 1,523.11 |
|     Acct: 0511 | | | | |
|   FOUR SEASONS ENDOSCOPY CTR++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HERITAGE VALLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HERITAGE VALLEY BEAVER | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: | | | | |
| | LENDING CLUB CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BIERNACKI AND ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC, | 1,660.97 | 378.44 | 0.00 | 378.44 |
| | Acct: 4270 | | | | |
| | GREENSKY LLC(*) | 8,867.91 | 2,020.45 | 0.00 | 2,020.45 |
| | Acct: 2560 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 5,418.64 | 1,234.58 | 0.00 | 1,234.58 |
| | Acct: 4036 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 14,808.81 | 3,374.03 | 0.00 | 3,374.03 |
| | Acct: 7597 | | | | |
| | NISSAN MOTOR ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3381 | | | | |
| | AMERICAN EXPRESS NATIONAL BANK | 556.86 | 0.00 | 0.00 | 0.00 |
| | Acct: 1006 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4036 | | | | |
| | KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 18,492.21 |

| | | |
|---|---|---:|
| **TOTAL PAID TO CREDITORS** | | 138,530.89 |
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 34,911.06 | |
| USECURED | 81,720.23 | |

Date: 09/26/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    JOHN P. WEST

          Debtor(s)

    Ronda J. Winnecour
          Movant
          vs.
    No Repondents.

Case No.:18-23402 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                 Case No. 18-23402-JAD

John P. West                                              Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                     User: auto                                    Page 1 of 3

Date Rcvd: Sep 28, 2023                           Form ID: pdf900                         Total Noticed: 29

The following symbols are used throughout this certificate:

**Symbol     Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++             Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John P. West, 131 Samuel Street, Beaver Falls, PA 15010-1348 |
| 14920614 | + | Biernacki & Associates, P.C., 2600 Boyce Plaza Rd #100, Pittsburgh PA 15241-3949 |
| 14931823 | + | Chase Bank USA, N.A., PO Box 15368, Wilmington, DE 19850-5368 |
| 14905323 | + | Four Seasons Edoscopy, 100 Knowlson Avenue, Beaver Falls, PA 15010-1634 |
| 14940109 | + | Greensky, LLC, PO Box 71215, Charlotte, NC 28272-1215 |
| 14905324 | | Heritage Valley, 2 Peartree Way, Beaver, PA 15009-1954 |
| 14905325 | + | Heritage Valley Beaver, PO Box 382094, Pittsburgh, PA 15251-8094 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Sep 29 2023 01:14:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14905326 | | Email/Text: ebnbankruptcy@ahm.honda.com | Sep 29 2023 01:14:00 | Honda Financial, P.O. Box 7829, Philadelphia, PA 19101-7829 |
| 14910886 | | Email/Text: ebnbankruptcy@ahm.honda.com | Sep 29 2023 01:14:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14969385 | | Email/PDF: bncnotices@becket-lee.com | Sep 29 2023 01:29:09 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14905320 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2023 01:09:08 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14934185 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2023 01:48:22 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14905322 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Sep 29 2023 01:12:00 | EnerBank USA, 1245 East Brickyard Rd., Suite 600, Salt Lake City, UT 84106-2562 |
| 14905327 | | Email/Text: bankruptcy@huntington.com | Sep 29 2023 01:13:00 | Huntington Bank, PO Box 182519, Columbus, OH 43218-2519 |
| 15226978 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 29 2023 01:14:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14905321 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 29 2023 01:27:32 | Chase, PO Box 15123, Wilmington, DE 19850-5123 |
| 15086172 | + | Email/Text: RASEBN@raslg.com | Sep 29 2023 01:11:00 | JPMorgan Chase Bank N.A.,, s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14944089 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2023 01:27:46 | LVNV Funding, LLC its successors and assigns as, assignee of SALLIE MAE BANK, Resurgent |

Case 18-23402-JAD    Doc 101    Filed 09/30/23    Entered 10/01/23 00:29:52    Desc
Imaged Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 28, 2023 | Form ID: pdf900 | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14905328 | + | Email/Text: Documentfiling@lciinc.com | Sep 29 2023 01:11:00 | Lending Club, 71 Stevenson St., Suite 300, San Francisco, CA 94105-2985 |
| 14905329 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 29 2023 01:11:00 | Nissan Motor Accepatance, PO Box 660360, Dallas, TX 75266-0360 |
| 14908902 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 29 2023 01:11:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14942969 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 29 2023 01:09:15 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14906327 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 29 2023 01:29:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14905330 | | Email/PDF: ebnotices@pnmac.com | Sep 29 2023 01:26:05 | PennyMac, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 14905331 | + | Email/PDF: ebnotices@pnmac.com | Sep 29 2023 03:04:26 | PennyMac Loan Services, 6101 Condor Drive, Moorpark, CA 93021-2602 |
| 14931822 | + | Email/PDF: ebnotices@pnmac.com | Sep 29 2023 01:28:53 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14905332 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 01:09:06 | SYNCB, PO BOx 965005, Orlando, FL 32896-5005 |
| 14910239 | + | Email/Text: bankruptcy@huntington.com | Sep 29 2023 01:13:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pennymac Loan Services, LLC |
| 15074088 | | JPMC Bank, N.A. s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14938407 | *+ | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2023 at the address(es) listed**

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Sep 28, 2023 | Form ID: pdf900 | Total Noticed: 29

**below:**

| **Name** | **Email Address** |
|---|---|
| Brian Nicholas | on behalf of Creditor Pennymac Loan Services LLC bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Lauren M. Lamb | on behalf of Debtor John P. West julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Pennymac Loan Services LLC pawb@fedphe.com |

TOTAL: 6