**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JOHN P. WEST<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:18-23402 JAD<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 08/28/2018 and confirmed on 10/04/2018. The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 150,141.00 |
| Less Refunds to Debtor | 1,166.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 148,975.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,400.00 | |
|   Trustee Fee | 7,044.11 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,444.11 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 82,948.24 | 0.00 | 82,948.24 |
|     Acct: 1064 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 1,411.21 | 1,411.21 | 0.00 | 1,411.21 |
|     Acct: 1064 | | | | |
|   AMERICAN HONDA FINANCE CORP* | 23,901.98 | 23,901.98 | 1,197.36 | 25,099.34 |
|     Acct: 8244 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 9,597.87 | 9,597.87 | 982.02 | 10,579.89 |
|     Acct: 4523 | | | | |
|   NISSAN MOTOR ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3381 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3897 | | | | |
| | | | | 120,038.68 |
| **Priority** | | | | |
|   LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN P. WEST | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| JOHN P. WEST | 1,166.00 | 1,166.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| **Unsecured** | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 9,198.43 | 2,095.76 | 0.00 | 2,095.76 |
| Acct: 2702 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH/ | 34,523.60 | 7,865.84 | 0.00 | 7,865.84 |
| Acct: 1385 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 6,685.01 | 1,523.11 | 0.00 | 1,523.11 |
| Acct: 0511 | | | | |
| FOUR SEASONS ENDOSCOPY CTR++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HERITAGE VALLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HERITAGE VALLEY BEAVER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LENDING CLUB CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BIERNACKI AND ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 1,660.97 | 378.44 | 0.00 | 378.44 |
| Acct: 4270 | | | | |
| GREENSKY LLC(*) | 8,867.91 | 2,020.45 | 0.00 | 2,020.45 |
| Acct: 2560 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 5,418.64 | 1,234.58 | 0.00 | 1,234.58 |
| Acct: 4036 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 14,808.81 | 3,374.03 | 0.00 | 3,374.03 |
| Acct: 7597 | | | | |
| NISSAN MOTOR ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3381 | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 556.86 | 0.00 | 0.00 | 0.00 |
| Acct: 1006 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4036 | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 18,492.21 |

TOTAL PAID TO CREDITORS                                                                               138,530.89

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 34,911.06 |
| UNSECURED | 81.720.23 |

Date: 11/08/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com