**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | John P. West<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–9898<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 18–23402–JAD | |

# Order of Discharge                                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   John P. West

<u>11/28/23</u>                                                    **By the court:** <u>Jeffery A. Deller</u>
                                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                     Case No. 18-23402-JAD
John P. West                                                                               Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: auto        Page 1 of 3
Date Rcvd: Nov 28, 2023        Form ID: 3180W        Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John P. West, 131 Samuel Street, Beaver Falls, PA 15010-1348 |
| 14920614 | + | Biernacki & Associates, P.C., 2600 Boyce Plaza Rd #100, Pittsburgh PA 15241-3949 |
| 14905323 | + | Four Seasons Edoscopy, 100 Knowlson Avenue, Beaver Falls, PA 15010-1634 |
| 14940109 | + | Greensky, LLC, PO Box 71215, Charlotte, NC 28272-1215 |
| 14905324 |   | Heritage Valley, 2 Peartree Way, Beaver, PA 15009-1954 |
| 14905325 | + | Heritage Valley Beaver, PO Box 382094, Pittsburgh, PA 15251-8094 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg |  | EDI: PENNDEPTREV | Nov 29 2023 05:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg |  | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 29 2023 00:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg |  | EDI: PENNDEPTREV | Nov 29 2023 05:15:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg |  | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 29 2023 00:37:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Nov 29 2023 00:38:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14905326 |  | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 29 2023 00:38:00 | Honda Financial, P.O. Box 7829, Philadelphia, PA 19101-7829 |
| 14910886 |  | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 29 2023 00:38:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14969385 |  | Email/PDF: bncnotices@becket-lee.com | Nov 29 2023 01:36:27 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14905320 |  | EDI: CAPITALONE.COM | Nov 29 2023 05:15:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14934185 |  | EDI: CAPITALONE.COM | Nov 29 2023 05:15:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14905322 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Nov 29 2023 00:36:00 | EnerBank USA, 1245 East Brickyard Rd., Suite 600, Salt Lake City, UT 84106-2562 |
| 14905327 |  | Email/Text: bankruptcy@huntington.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 29 2023 00:37:00 | Huntington Bank, PO Box 182519, Columbus, OH 43218-2519 |
| 15226978 | | EDI: JEFFERSONCAP.COM | Nov 29 2023 05:15:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14905321 | | EDI: JPMORGANCHASE | Nov 29 2023 05:15:00 | Chase, PO Box 15123, Wilmington, DE 19850-5123 |
| 14931823 | | EDI: JPMORGANCHASE | Nov 29 2023 05:15:00 | Chase Bank USA, N.A., PO Box 15368, Wilmington, DE 19850 |
| 15086172 | + | Email/Text: RASEBN@raslg.com | Nov 29 2023 00:35:00 | JPMorgan Chase Bank N.A.,, s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14944089 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 29 2023 01:36:29 | LVNV Funding, LLC its successors and assigns as, assignee of SALLIE MAE BANK, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14905328 | + | EDI: LENDNGCLUB | Nov 29 2023 05:15:00 | Lending Club, 71 Stevenson St., Suite 300, San Francisco, CA 94105-2985 |
| 14905329 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Nov 29 2023 00:36:00 | Nissan Motor Accepatance, PO Box 660360, Dallas, TX 75266-0360 |
| 14908902 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Nov 29 2023 00:36:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14942969 | | EDI: PRA.COM | Nov 29 2023 05:15:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14906327 | + | EDI: RECOVERYCORP.COM | Nov 29 2023 05:15:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14905330 | | Email/PDF: ebnotices@pnmac.com | Nov 29 2023 00:48:40 | PennyMac, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 14905331 | + | Email/PDF: ebnotices@pnmac.com | Nov 29 2023 00:48:31 | PennyMac Loan Services, 6101 Condor Drive, Moorpark, CA 93021-2602 |
| 14931822 | + | Email/PDF: ebnotices@pnmac.com | Nov 29 2023 00:48:40 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14905332 | + | EDI: SYNC | Nov 29 2023 05:15:00 | SYNCB, PO BOx 965005, Orlando, FL 32896-5005 |
| 14910239 | + | Email/Text: bankruptcy@huntington.com | Nov 29 2023 00:37:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pennymac Loan Services, LLC |
| 15074088 | | JPMC Bank, N.A. s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14938407 | *+ | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 18-23402-JAD    Doc 108    Filed 11/30/23    Entered 12/01/23 00:32:06    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 28, 2023 | Form ID: 3180W | Total Noticed: 31 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2023      Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2023 at the address(es) listed below:

**Name**  **Email Address**

Brian Nicholas
   on behalf of Creditor Pennymac Loan Services  LLC bnicholas@kmllawgroup.com

Keri P. Ebeck
   on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
   btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Lauren M. Lamb
   on behalf of Debtor John P. West
   julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
   rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

Thomas Song
   on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com

TOTAL: 6