IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
  JOHN P. WEST

        Debtor(s)

  Ronda J. Winnecour
        Movant
    vs.
  No Repondents.

Case No.:18-23402 JAD

Chapter 13

Related to ECF No. 98

**DEFAULT O/E JAD**

ORDER OF COURT

  AND NOW, this 28th day of November, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
11/28/23 11:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

JEFFERY A. DELLER  jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23402-JAD |
| John P. West | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Nov 28, 2023 | Form ID: pdf900 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John P. West, 131 Samuel Street, Beaver Falls, PA 15010-1348 |
| 14920614 | + | Biernacki & Associates, P.C., 2600 Boyce Plaza Rd #100, Pittsburgh PA 15241-3949 |
| 14905323 | + | Four Seasons Edoscopy, 100 Knowlson Avenue, Beaver Falls, PA 15010-1634 |
| 14940109 | + | Greensky, LLC, PO Box 71215, Charlotte, NC 28272-1215 |
| 14905324 | | Heritage Valley, 2 Peartree Way, Beaver, PA 15009-1954 |
| 14905325 | + | Heritage Valley Beaver, PO Box 382094, Pittsburgh, PA 15251-8094 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Nov 29 2023 00:38:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14905326 | | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 29 2023 00:38:00 | Honda Financial, P.O. Box 7829, Philadelphia, PA 19101-7829 |
| 14910886 | | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 29 2023 00:38:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14969385 | | Email/PDF: bncnotices@becket-lee.com | Nov 29 2023 00:49:05 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14905320 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 29 2023 00:48:58 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14934185 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 29 2023 00:59:17 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14905322 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Nov 29 2023 00:36:00 | EnerBank USA, 1245 East Brickyard Rd., Suite 600, Salt Lake City, UT 84106-2562 |
| 14905327 | | Email/Text: bankruptcy@huntington.com | Nov 29 2023 00:37:00 | Huntington Bank, PO Box 182519, Columbus, OH 43218-2519 |
| 15226978 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 29 2023 00:38:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14905321 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 29 2023 00:48:59 | Chase, PO Box 15123, Wilmington, DE 19850-5123 |
| 14931823 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 29 2023 00:48:19 | Chase Bank USA, N.A., PO Box 15368, Wilmington, DE 19850 |
| 15086172 | + | Email/Text: RASEBN@raslg.com | Nov 29 2023 00:35:00 | JPMorgan Chase Bank N.A.,, s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14944089 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 18-23402-JAD   Doc 109   Filed 11/30/23   Entered 12/01/23 00:32:06   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 28, 2023 | Form ID: pdf900 | Total Noticed: 29 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 29 2023 00:49:05 | LVNV Funding, LLC its successors and assigns as, assignee of SALLIE MAE BANK, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14905328 | + | Email/Text: Documentfiling@lciinc.com | Nov 29 2023 00:35:00 | Lending Club, 71 Stevenson St., Suite 300, San Francisco, CA 94105-2985 |
| 14905329 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Nov 29 2023 00:36:00 | Nissan Motor Accepatance, PO Box 660360, Dallas, TX 75266-0360 |
| 14908902 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Nov 29 2023 00:36:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14942969 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 29 2023 00:48:21 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14906327 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 29 2023 01:36:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14905330 | | Email/PDF: ebnotices@pnmac.com | Nov 29 2023 00:49:06 | PennyMac, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 14905331 | + | Email/PDF: ebnotices@pnmac.com | Nov 29 2023 00:49:04 | PennyMac Loan Services, 6101 Condor Drive, Moorpark, CA 93021-2602 |
| 14931822 | + | Email/PDF: ebnotices@pnmac.com | Nov 29 2023 00:49:01 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14905332 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:48:58 | SYNCB, PO BOx 965005, Orlando, FL 32896-5005 |
| 14910239 | + | Email/Text: bankruptcy@huntington.com | Nov 29 2023 00:37:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pennymac Loan Services, LLC |
| 15074088 | | JPMC Bank, N.A. s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14938407 | *+ | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2023            Signature:        /s/Gustava Winters

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Nov 28, 2023 | Form ID: pdf900 | Total Noticed: 29

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Pennymac Loan Services LLC bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Lauren M. Lamb | on behalf of Debtor John P. West julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Pennymac Loan Services LLC pawb@fedphe.com |

TOTAL: 6